DANIEL J. BRODERICK, #89424
Federal Defender
MARK A. LIZARRAGA, CA Bar #186240
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JOHN MORGANELLI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:06-cr-300 OWW |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO SET MOTIONS SCHEDULE AND CONTINUE STATUS CONFERENCE; AND ORDER THEREON |
| v. | ) | |
| JOHN MORGANELLI, | ) | Date : December 4, 2006 |
| Defendant. | ) | Time : 9:00 a.m. |
|  | ) | Judge: Oliver W. Wanger |

IT IS HEREBY STIPULATED and agreed to by the parties hereto, and through their respective attorneys of record herein, to set a motions calendar as follows: Defendant's motions due on or before **November 6, 2006**; plaintiff's responses to said motions due on or before **November 27, 2006**; and the motions to be heard on **December 4, 2006 at 9:00 a.m.**

IT IS FURTHER STIPULATED and agreed to by the parties hereto, and through their respective attorneys of record herein, that the Status Conference in the above captioned matter is continued from October 10, 2006 to **December 4, 2006 at 9:00 a.m.**

The parties agree that the delay resulting from the continuance shall be excluded for the Court's . consideration of and decision on the discovery motions negotiations pursuant to 18 U.S.C.

///

///

1 §3161(h)(1)(F).

2   DATED: October 4, 2006          McGREGOR W. SCOTT
3                                    United States Attorney

4
                                    /s/ Kimberly A. Sanchez
5                                    KIMBERLY A. SANCHEZ
                                    Assistant U.S. Attorney
6                                    Attorney for Plaintiff

7
   DATED: October 4, 2006          DANIEL J. BRODERICK
8                                    Federal Defender

9

10                                   /s/ Mark A. Lizarraga
                                    MARK A. LIZARRAGA
11                                   Assistant Federal Defender
                                    Attorney for Defendant

12

20 IT IS SO ORDERED.

21 **Dated:   October 5, 2006**              **/s/ Oliver W. Wanger**
   emm0d6                                   UNITED STATES DISTRICT JUDGE

Stipulation to Set Motions Schedule and Continue
Status Conference                        −2−