DANIEL J. BRODERICK, #89424
Federal Defender
MARK A. LIZARRAGA, CA Bar #186240
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JOHN MORGANELLI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 1:06-cr-300 OWW |
| Plaintiff, ) | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; AND ORDER THEREON |
| v. ) | |
| JOHN MORGANELLI, ) | Date : January 8, 2007 |
| Defendant. ) | Time : 9:00 a.m. |
| ) | Judge: Oliver W. Wanger |

**STIPULATION**

It is hereby stipulated by and between the parties hereto that the status conference hearing in the above- entitled matter now set for December 4, 2006, may be continued to **January 8, 2007, at 9:00 a.m.**

The reason for this continuance is to allow counsel additional time for defense preparation and case settlement negotiations.

The parties agree that time shall be excluded pursuant to 18 U.S.C. §§ 3161, subd.(h)(8)(A) and (B) in that the ends of justice served by the continuance outweigh the best interest of the public and the

///

///

///

///

defendant in a speedy trial, since the failure to grant such a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

DATED: November 30, 2006    McGREGOR W. SCOTT
United States Attorney


/s/ Kimberly A. Sanchez
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney
Attorney for Plaintiff

DATED: November 30, 2006    DANIEL J. BRODERICK
Federal Defender


/s/ Mark A. Lizarraga
MARK A. LIZARRAGA
Assistant Federal Defender
Attorney for Defendant

**ORDER**

**IT IS SO ORDERED.** Time is excluded pursuant to 18 U.S.C. § 3161, subd. (h)(8)(A) and (B). For the reasons stated above, the court finds that the ends of justice served by the delay outweigh the best interest of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

**Dated:   December 2, 2006**            /s/ Oliver W. Wanger
emm0d6                                   UNITED STATES DISTRICT JUDGE