1 | DANIEL J. BRODERICK, #89424
Federal Defender
2 | MARK A. LIZARRAGA, CA Bar #186240
Assistant Federal Defender
3 | Designated Counsel for Service
2300 Tulare Street, Suite 330
4 | Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JOHN MORGANELLI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:06-cr-300 OWW |
|---|---|---|
| *Plaintiff*, | ) ) ) | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; AND ORDER |
| v. | ) ) | THEREON |
| JOHN MORGANELLI, | ) ) | |
| *Defendant*. | ) ) ) | Date : January 29, 2007
Time : 9:00 a.m.
Judge: Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the Status Conference hearing in the above- entitled matter now set for January 8, 2007, may be continued to **January 29, 2007, at 9:00 a.m.**

The reason for this continuance is to allow counsel additional time for defense preparation and case settlement negotiations.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense

///
///
///
///
///

1  preparation pursuant to 18 U.S.C. §3161(h)(8)(A).

2  DATED:  January 4, 2007                McGREGOR W. SCOTT
                                           United States Attorney
3

4
                                           /s/ Karen A. Escobar
5                                          KAREN A. ESCOBAR
                                           Assistant U.S. Attorney
6                                          Attorney for Plaintiff

7

8
   DATED:  January 4, 2007                DANIEL J. BRODERICK
9                                          Federal Defender

10

11                                         /s/ Mark A. Lizarraga
                                           MARK A. LIZARRAGA
12                                         Assistant Federal Defender
                                           Attorney for Defendant
13

14

15                                **O R D E R**

16  IT IS SO ORDERED.

17  **Dated:   January 5, 2007**           **/s/ Oliver W. Wanger**
    emm0d6                                 UNITED STATES DISTRICT JUDGE
18

19

20

21

22

23

24

25

26

27

28