DANIEL J. BRODERICK, #89424
Federal Defender
MARK A. LIZARRAGA, CA Bar #186240
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JOHN MORGANELLI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOHN MORGANELLI, ) <br> ) <br> Defendant. ) <br> ) | NO. 1:06-cr-300 OWW <br><br> STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; AND ORDER THEREON <br><br> Date : February 21, 2007 <br> Time : 9:00 a.m. <br> Judge: Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the Status Conference hearing in the above- entitled matter now set for January 29, 2007, may be continued to **February 21, 2007, at 9:00 a.m.**

The reason for this continuance is to allow counsel additional time for defense preparation and case settlement negotiations.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense

///

///

///

///

///

preparation pursuant to 18 U.S.C. §3161(h)(8)(A).

DATED:  January 25, 2007         McGREGOR W. SCOTT
                                 United States Attorney


                                 /s/ Karen A. Escobar
                                 KAREN A. ESCOBAR
                                 Assistant U.S. Attorney
                                 Attorney for Plaintiff


DATED:  January 25, 2007         DANIEL J. BRODERICK
                                 Federal Defender


                                 /s/ Mark A. Lizarraga
                                 MARK A. LIZARRAGA
                                 Assistant Federal Defender
                                 Attorney for Defendant


**O R D E R**

IT IS SO ORDERED.

**Dated:   January 26, 2007**         **/s/ Oliver W. Wanger**
emm0d6                                UNITED STATES DISTRICT JUDGE