PROB 35

**ORDER TERMINATING PROBATION
PRIOR TO EXPIRATION DATE**

---

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number:  1:06-CR-300 OWW** |
| ) | |
| **JOHN MORGANELLI** ) | |
| ) | |

On July 9, 2007, the above-named was placed on Limited Supervised Probation for a period of 2 years.  He has complied with the rules and regulations of supervision.  It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/

**RICK C. LOUVIERE
Supervising United States Probation Officer**

Dated:        May 14, 2008
              Bakersfield, California

**Re:    JOHN MORGANELLI**
       **Docket Number:   1:06-CR-300 OWW**
       **ORDER TERMINATING Probation**
       <u>**PRIOR TO EXPIRATION DATE**</u>

---

## ORDER OF COURT

It is ordered that the probationer be discharged from Limited Supervised Probation, and that the proceedings in the case be terminated.

IT IS SO ORDERED.

**Dated:** <u>   May 14, 2008   </u>               <u>       /s/ Oliver W. Wanger       </u>
                                                  UNITED STATES DISTRICT JUDGE